IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| PATRICIA STEINES, as Administrator of the Estate of Drew Edwards, BARBARA EDWARDS, and WALTER EDWARDS,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF MAQUOKETA, BRENDAN ZEIMET, MIKE OWEN, STEVEN SCHROEDER, and JACKSON COUNTY,<br><br>    Defendants. | No. 19-cv-1028-CJW<br><br><br>**SETTLEMENT ORDER** |

_____

The Court was advised on Wednesday, September 9, 2020, that the above-captioned case has settled, and the parties anticipate no further action other than the filing of a stipulated dismissal. Accordingly, all pending deadlines are hereby suspended.

**IT IS ORDERED**

1. The Clerk of Court is directed to close this case for statistical purposes and remove it from the trial calendar.

2. The parties must file closing documents to dismiss the case, pursuant to Federal Rule of Civil Procedure 41. The parties are granted **thirty (30) days** from the date of this order. If the case has not been dismissed within **thirty (30) days**, and/or counsel have not filed a written status report, this case will be dismissed following notice pursuant to Local Rule 41(c).

**IT IS SO ORDERED** this 10th day of September, 2020.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa