IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION / DUBUQUE

| | |
|---|---|
| PATRICIA STEINES, as Administrator of the Estate of DREW EDWARDS, WALTER EDWARDS and BARBARA EDWARDS,<br><br>　　Plaintiffs,<br><br>v.<br><br>CITY OF MAQUOKETA, IOWA; JACKSON COUNTY, IOWA; BRENDAN ZEIMET; STEVE SCHROEDER, AND MIKE OWEN,<br><br>　　Defendants. | Case No. 2:19-CV-1028<br><br><br><br>JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS FILED BY PLAINTIFFS AGAINST DEFENDANTS WITH PREJUDICE |

　　COME NOW the Plaintiffs and Defendants, through their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A(ii) hereby stipulate to the dismissal of all causes of action filed by Plaintiffs against Defendants, with prejudice.

**DAVE O'BRIEN LAW**
1500 Center Street NE
Cedar Rapids, Iowa 52402
Telephone: (319) 861-3001
Facsimile: (319) 861-3007
E-mail: dave@daveobrienlaw.com

By: /s/ *David A. O'Brien*
　　DAVID A. O'BRIEN, AT0005870

　　**ATTORNEYS FOR PLAINTIFFS**

Douglas L. Phillips
**KLASS LAW FIRM**
Mayfair Centre, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA 51106
Telephone: (712)252-1866
Facsimile: (712)252-5822
phillips@klasslaw.com

By: /s/ *Douglas L. Phillips*
　　DOUGLAS L. PHILLIPS

　　**ATTORNEYS FOR DEFENDANTS
CITY OF MAQUOKETA, MIKE OWEN
AND BRENDEN ZEIMET**

**BRADSHAW, FOWLER, PROCTOR
AND FAIRGRAVE, PC**
801 Grand Avenue, Suite 3700
Des Moines, Iowa 50309
Phone: (515)243-4191
Fax: (515)246-5808
Email: palmer.jason@bradshawlaw.com

By:  /s/ *Jason C. Palmer*
     JASON C. PALMER AT0006089

**ATTORNEYS FOR DEFENDANTS
JACKSON COUNTY, IOWA AND
STEVE SCHROEDER**